miento del artículo 229 del Código de Enjuiciamiento Civil, enmendado por ley No. 70 de marzo 9, 1911. Abogado del apelante: *Sr. Jacinto Texidor.* El apelado compareció por escrito en nombre propio.

---

No. 1229. Figueroa, Demandante y Apelado, *v.* Fernandez, Demandado y Apelante.—Apelación procedente de la Corte de Distrito de Guayama en un caso de reivindicación y daños y perjuicios. Moción del apelado para que se desestime la apelación. Resuelto en noviembre 5, 1914. Desestimada la apelación por incumplimiento del artículo 299 del Código de Enjuiciamiento Civil, enmendado por ley No. 70 de marzo 9, 1911. Abogados del apelado: *Sres. C. Domínguez Rubio* y *Francisco Navarro Ortiz.* Abogado del apelante: *Sr. Benigno Fernández García.*

---

No. 1187. Alfonzo, Demandante y Apelante, *v.* Rosso, Demandado y Apelado.—Apelación procedente de la Corte de Distrito de Arecibo en un caso sobre restitución de bienes. Moción del apelado para que se desestime la apelación. Resuelto en noviembre 5, 1914. Denegada la moción por haber radicado su alegato el apelante antes de que se discutiera la moción del apelado y teniendo en cuenta la jurisprudencia sentada en el caso de *González* v. *Acha et al.,* 19 D. P. R., 1208. Abogado del apelante: *Sr. Rafael López Landrón.* Abogado del apelado: *Sr. Félix Santoni.*

---

No. 1171. Longpré et al., Demandantes y Apelantes, *v.* Wolff et al., Demandados y Apelado.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre cancelación de hipoteca. Moción de los apelantes para

sustituir una transcripción de autos certificada por los abogados por otra certificada por el secretario de la corte inferior. Resuelto en noviembre 6, 1914. Concedida la moción. Abogados de los apelantes: *Sres. H. H. Scoville* y *Enrique Rincón.* Abogados de los apelados: *Sres. Alvarez Nava & Domínguez.*

---

No. 709. El Pueblo, Demandante y Apelado, *v.* Rodríguez, Acusado y Apelante.—

No. 708. El Pueblo, Demandante y Apelado, *v.* Garófalo, Acusado y Apelante.—

No. 707. El Pueblo, Demandante y Apelado, *v.* Benítez, Acusado y Apelante.—

Apelaciones procedentes de la Corte de Distrito de Humacao en causas por acometimiento y agresión e infracción del artículo 370 del Código Penal. Resueltos en noviembre 6, 1914. Confirmadas las sentencias apeladas. Abogados del Pueblo: *Sr. Salvador Mestre, Fiscal.* Los acusados no comparecieron.

---

Nos. 136, 135 y 133. Hernández, Peticionario, *v.* Foote, Juez de Distrito, Demandado.—Solicitudes para que se expidan mandamientos de *certiorari* al Juez de la Corte de Distrito de Mayagüez. Resueltos en noviembre 6, 1914. Denegadas las solicitudes. El peticionario compareció en nombre propio. El demandado no compareció.

---

No. 1195. Serrano, Demandante y Apelado, *v.* Berdiel et al., Demandados y Apelantes.—Apelación procedente de la Corte de Distrito de Ponce en un caso sobre nulidad de ejecución hipotecaria y otros extremos. Moción del apelado para que se desestime la apelación. Resuelto en noviembre 9, 1914. Denegada la moción del apelado por haber radicado su ale-